Quarles & Brady LLP
Firm State Bar No. 00443100
Renaissance One
Two North Central Avenue
Phoenix, AZ 85004-2391
TELEPHONE 602.229.5200

John Maston O'Neal (#015945)
john.oneal@quarles.com
Benjamin C. Nielsen (#029689)
benjamin.nielsen@quarles.com

Attorneys for OneWest Bank, FSB

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| ANTHONY PAVONE,<br><br>Plaintiff,<br><br>vs.<br><br>DEUTSCHE BANK NATIONAL TRUST CO., as Trustee of IndyMac, Residential Mortgage-Backed Trust, Series 2006-L3, Residential Mortgage-Backed Certificates, Series 2006-L3; and OneWest Bank, FSB,<br><br>Defendants. | Case No. _____<br><br>(Formerly Case No. CC2013-231076)<br><br>**ONEWEST BANK, FSB'S NOTICE OF REMOVAL** |

Defendant OneWest Bank, FSB ("OneWest") hereby gives notice of removal of the civil action captioned <u>Anthony Pavone v. Deutsche Bank, et al.</u>, CC-2013-231076, from the North Valley Justice Court, Maricopa County (the "State Court Action"), to the United States District Court for the District of Arizona.

OneWest files this notice pursuant to 28 U.S.C. § 1446(a) and L.R. Civ. 3.6. The United States District Court has jurisdiction over this case under 28 U.S.C. §§ 1331 and 1367. Undersigned counsel verifies that a complete copy of the filings in the State Court Action, which this firm obtained from the North Valley Justice Court, Maricopa County, are attached hereto as Exhibit "A".

As grounds for removal of this action, OneWest states as follows:

1.  OneWest received a copy of the Summons and Complaint on January 10,

QB\24868904.1

1  2014. Reasonable investigation has revealed that, at this time, OneWest is the only
2  defendant to have been validly served with the Summons and Complaint. No defendant
3  has yet appeared in the State Court Action. [See O'Neal Verif., ¶3.] [See John O'Neal
4  Verif., ¶3, attached hereto as Exhibit "B".]

5        2. This Notice of Removal is filed within thirty (30) days of the service of the
6  corporation OneWest.

7        3. OneWest has not pled, answered, or otherwise appeared in the State Court
8  Action. OneWest hereby reserves all defenses, including defenses based on lack of
9  personal jurisdiction.

10        4. The United States District Court has original jurisdiction over this action
11  under 28 U.S.C. § 1331 because the Plaintiff's action arises under the laws of the United
12  States – more precisely, the Fair Credit Reporting Act and the Real Estate Settlement
13  Procedures Act. Additionally, the United States District Court has supplemental
14  jurisdiction over all other claims under 28 U.S.C. § 1367 because they are related to the
15  claims arising under the laws of the United States of America such that they form part of
16  the same case or controversy under Article III of the United States Constitution.

17        5. Defendant Deutsche Bank has consented to the removal of this action
18  (although it has not yet been formally served). OneWest will obtain the consent of the
19  other defendants to this removal as they are properly served and appear in this matter.

20        7. Written notice of the filing of this Notice has been delivered to all parties
21  who have appeared in this action, directly or through their counsel of record. A copy of
22  this Notice of Removal has been filed with the Clerk of the North Valley Justice Court,
23  Maricopa County, Arizona. A copy oh the Notice of Removal filed in the North Valley
24  Justice Court is attached hereto as Exhibit "C".

25        Accordingly, OneWest respectfully requests that this Notice of Removal be filed,
26  the State Court Action be removed to, and proceed hereinafter, in this Court, and that no
27  further proceedings in this matter take place in the North Valley Justice Court.

28        DATED this 3rd day of February, 2014.

|   |   |
|---|---|
| 1 | QUARLES & BRADY LLP |
| 2 | Renaissance One |
|   | Two North Central Avenue |
| 3 | Phoenix, AZ  85004-2391 |
| 4 | By  */s/ Benjamin C. Nielsen* |
|   |     John Maston O'Neal |
| 5 |     Benjamin C. Nielsen |
| 6 | *Attorneys for Defendant OneWest Bank, FSB* |

## CERTIFICATE OF SERVICE

I hereby certify that on February 3, 2014, a copy of the foregoing document was filed electronically.  A Notice of Electronic Filing (NEF) will be sent by operation of the Court's Electronic Caser Filing (ECF) system to the filing party, the assigned Judge and any registered user in the case as indicated on the NEG.  A copy of the foregoing document was also mailed this date to the following:

Anthony Pavone
625 W. Deer Valley Road, Suite 103-454
Phoenix, AZ 85027
*Plaintiff Pro Per*

*/s/ Becky Patterson*