# Exhibit "A"

*1008116152 - 3rd party sale - DB*

**RECEIVED**
JAN 10 2014
Certified
LEGAL DEPT



# Maricopa County Justice Courts, Arizona

North Valley Justice Court   14264 W. Tierra Buena Ln., Surprise, AZ 85374   602-372-2000

CASE NUMBER: CC2013-231070

| Plaintiff | Defendant |
|---|---|
| Anthony Pavone | Deutsche Bank c/o Secretary of State Texas |
| 625 W. Deer Valley Rd Ste 103-454 | 1019 Brazo Street |
| Phoenix AZ 85027 | Austin, TX 78701 |
| ( 602 ) 740 - 9555 | ( ) |

The Statutory Agent / Corporate Officer to be served is: Secretary of State of Texas

## SMALL CLAIMS COMPLAINT / SUMMONS / ANSWER

**WARNING:** THERE ARE NO APPEALS IN SMALL CLAIMS CASES. You do not have the right to appeal the decision of the Hearing Officer or the Justice of the Peace in Small claims (Division) Court. If you wish to preserve your right to appeal, you may have your case transferred to the Civil Division of the Justice Court pursuant to ARS 22-504, if you request such a transfer at least ten (10) judicial days prior to the day of the scheduled hearing.

### NOTICE AND SUMMONS
TO THE ABOVE-NAMED DEFENDANT(S): You are directed to answer this complaint within TWENTY (20) DAYS by filing a written ANSWER in the court named above. If you do not answer or defend, you run the risk of having a judgment entered against you for the amount of plaintiff's claim, plus court costs. A filing fee must be paid at the time your answer is filed.

Date: 24 DEC 13   Clerk: MM   (SEAL)

*Requests for reasonable accommodations for persons with disabilities must be made to the court at least 3 judicial days in advance of any scheduled hearing.*

### PLAINTIFF'S CLAIM
This Justice Court has venue because ☐ The defendant resides in this precinct, ☒ The debt, or cause of action, or incident that resulted in this claim, occurred in this precinct at the following location: 2423 W. Praiano Way, Phoenix, AZ 85086   $2500.00 is the total amount owed me by defendant because: + Equitable Relief

Defendant is the servicer of the loan on residential property I formerly owned located at 2434 W Hedgehog Place, Phoenix AZ 85056. There was a Notice of Trustee Sale recorded on my property on January 29, 2013. I was concerned that the information being reported on my credit reports by Defendant was not accurate and was not being verified correctly as is required by Arizona Consumer Credit Reporting Agencies Act (ACCRA) and the federal Fair Credit Reporting Act (FCRA) (15 U.S.C. Section 1681 et seq.. FCRA provides a remedy against furnishers for reporting false or inaccurate credit information. Furthermore, RESPA (12 U.S.C. Section 2605, et seq., along with the Fair Credit Reporting Act are all predicated on the assumption that consumers are entitled to be shown the basic documentation upon which derogatory items in their credit reports are based. RESPA Section 2605(f) provides for a private right of action against loan servicers which can be brought in state court. I contacted the three major credit bureaus EQUIFAX, EXPERIAN and TRANSUNION, but they told me to contact the Defendants directly with my concerns.

Date: 12-16-13   Plaintiff: [signature]

**RECEIVED DEC 24 2013 NORTH VALLEY JUSTICE COURT**

### DEFENDANT'S ANSWER
*A filing fee must be paid at the time your answer is filed.*

I am answering on behalf of ☐ Myself ☐ Marital Community ☐ Other: _____   I do not owe the plaintiff because:

Date: _____   Defendant(s): _____

I CERTIFY that I delivered / mailed a copy of this SMALL CLAIMS COMPLAINT / SUMMONS / ANSWERS to the Plaintiff at the above address.
Date: _____   By: _____   Defendant

SC 8150-300 R: 7/23/10

MC-025

| SHORT TITLE: Pavone v. Deutsche Bank National Trust Company | CASE NUMBER: CC2013-231070 |

**ATTACHMENT** (Number): 1

(This Attachment may be used with any Judicial Council form.)

LIST OF ADDITIONAL DEFENDANTS

DEUTSCHE BANK NATIONAL TRUST CO.,
as Trustee of IndyMac, Residential Mortgage-Backed Trust, Series 2006-L3,
Residential Mortgage-Backed Certificates, Series 2006-L3

ONE WEST BANK, FSB
2900 Esperanza Crossing
Attn: Legal Counsel
888 E. Walnut Street
Pasadena, CA 91101-1802



RECEIVED
DEC 2 4 2013
NORTH VALLEY JUSTICE COURT

(If the item that this Attachment concerns is made under penalty of perjury, all statements in this Attachment are made under penalty of perjury.)

Page 1 of 2
(Add pages as required)

Form Approved for Optional Use
Judicial Council of California
MC-025 [Rev. July 1, 2009]

**ATTACHMENT**
to Judicial Council Form

www.courtinfo.ca.gov

Quarles & Brady LLP
Firm State Bar No. 00443100
Renaissance One
Two North Central Avenue
Phoenix, AZ 85004-2391
TELEPHONE 602.229.5200

John Maston O'Neal (#015945)
john.oneal@quarles.com
Benjamin C. Nielsen (#029689)
benjamin.nielsen@quarles.com

Attorneys for OneWest Bank, FSB

MARICOPA COUNTY JUSTICE COURTS, STATE OF ARIZONA

NORTH VALLEY JUSTICE COURT

| | |
|---|---|
| ANTHONY PAVONE,<br><br>Plaintiff,<br><br>vs.<br><br>ONEWEST BANK, FSB<br><br>Defendant. | NO. CC2013-231076<br><br>REQUEST TO TRANSFER CASE DESIGNATED AS A SMALL CLAIM TO THE CIVIL DIVISION |

Defendant OneWest Bank, FSB, through its attorneys, hereby states as follows:

1. The hearing in this matter has not yet been set.

Pursuant to A.R.S. 22-504A, Defendant objects to this matter being heard in the Small Claims Division and requests that it be transferred to the Civil Division of the Justice Court, and be heard under the provisions for civil actions.

DATED this 22nd day of January, 2014.

QUARLES & BRADY LLP
Renaissance One
Two North Central Avenue
Phoenix, AZ 85004-2391

By _____
John Maston O'Neal
Benjamin C. Nielsen

*Attorneys for Defendant OneWest Bank, FSB*

QB\24771031.1

1  **ORIGINAL** of the foregoing send via
2  UPS Overnight mail this 22nd day of January, 2014, with:

3  Clerk of the Court
   North Valley Justice Court
   14264 W. Tierra Buena Lane
4  Surprise, AZ 85374

5  **COPY** of the foregoing mailed this
   22nd day of January, 2014, to:
6
   Anthony Pavone
7  625 W. Deer Valley Road, Suite 103-454
   Phoenix, AZ 85027
8  *Plaintiff Pro Per*

9  /s/ Becky Patterson
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

| | |
|---|---|
| Quarles & Brady LLP<br>Firm State Bar No. 00443100<br>Renaissance One<br>Two North Central Avenue<br>Phoenix, AZ 85004-2391<br>TELEPHONE 602.229.5200 | |

John Maston O'Neal (#015945)
john.oneal@quarles.com
Benjamin C. Nielsen (#029689)
benjamin.nielsen@quarles.com

Attorneys for OneWest Bank, FSB

RECEIVED
JAN 2 3 2014

MARICOPA COUNTY JUSTICE COURTS, STATE OF ARIZONA

NORTH VALLEY JUSTICE COURT

| | |
|---|---|
| ANTHONY PAVONE,<br><br>           Plaintiff,<br><br>vs.<br><br>ONEWEST BANK, FSB,<br><br>           Defendant. | NO. CC2013-231076<br><br>NOTICE OF TRANSFER TO THE CIVIL DIVISION |

Defendant OneWest Bank, FSB, through undersigned counsel, has requested that this case be transferred to the Civil Division.

This matter is transferred to the Civil Division of the Justice Court. The parties are advised of the new case number assigned for all further filing proceedings: _____.

DATED this 24 day of January, 2014.

_____
Justice of the Peace
GERALD A. WILLIAMS

I CERTIFY that a copy of this Notice of Transfer was mailed this _____ day of January, 2014, to:

Anthony Pavone
625 W. Deer Valley Road, Suite 103-454
Phoenix, AZ 85027
*Plaintiff Pro Per*

QB\24771388.1

| | |
|---|---|
| 1 | John Maston O'Neal, Esq. |
| 2 | Benjamin C. Nielsen, Esq.<br>QUARLES & BRADY, LLP |
| 3 | 2 N. Central Avenue<br>Phoenix, AZ 85004-2391 |
| 4 | *Attorneys for Defendant OneWest Bank, FSB* |
| 5 | _____<br>Clerk |

-2-



# Maricopa County Justice Courts, State of Arizona
## North West Region
## North Valley Justice Court
14264 W. Tierra Buena Lane
Surprise, AZ   85374
(602) 372-2000
http://justicecourts.maricopa.gov

# RECEIPT

**Transaction #:**   4356682
**Date:**   Jan 23, 2014 at 1:37:56 PM
**Cashier ID:**   49382

Civil Answer

| Type | Case # | Party Name | Balance Due | Payer Name | Amount Paid |
|---|---|---|---|---|---|
| Check / 160242 | CC2013231076 | Duetsche Bank c/o S | $0.00 | Duetsche Bank C/O Secretary O | 65.00 |
| | | | | | $65.00 |
| | | | | Amount Tendered: | 65.00 |
| | | | | Payment: | 65.00 |
| | | | | **Change Due:** | **$0.00** |

# Exhibit "B"

Quarles & Brady LLP
Firm State Bar No. 00443100
Renaissance One
Two North Central Avenue
Phoenix, AZ 85004-2391
TELEPHONE 602.229.5200

John Maston O'Neal (#015945)
john.oneal@quarles.com
Benjamin C. Nielsen (#029689)
benjamin.nielsen@quarles.com

Attorneys for OneWest Bank, FSB

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| ANTHONY PAVONE,<br><br>Plaintiff,<br><br>vs.<br><br>DEUTSCHE BANK NATIONAL TRUST CO., as Trustee of IndyMac, Residential Mortgage-Backed Trust, Series 2006-L3, Residential Mortgage-Backed Certificates, Series 2006-L3; and OneWest Bank, FSB,<br><br>Defendants. | Case No. _____<br><br>(Formerly Case No. CC2013-231076)<br><br>**VERIFICATION OF JOHN MASTON O'NEAL TO DEFENDANT ONEWEST BANK, FSB'S NOTICE OF REMOVAL** |

**JOHN MASTON O'NEAL** hereby declares as follows:

1. My name is John Maston O'Neal. I am an attorney in the law firm of Quarles & Brady LLP. I am counsel of record for Defendant OneWest Bank, FSB ("OneWest") in the above-captioned matter. This Declaration is offered in support of OneWest's Notice of Removal and is based upon my personal knowledge and investigation

2. In accordance with 28 U.S.C. § 1446(a) and L.R. Civ. 3.7(b), OneWest has filed authentic and complete copies of all pleadings and other documents that were previously filed with the North Valley Justice Court, Maricopa County, contemporaneously with the filing of OneWest's Notice of Removal.

3. Reasonable investigation has revealed that, at this time, OneWest is the

QB\24869470.1

1  only defendant to have been validly served with the Summons and Complaint, and no
2  defendant has yet appeared in the civil action captioned <u>Anthony Pavone v. Deutsche
3  Bank, et al.</u>, CC2013-231076, from the North Valley Justice Court, Maricopa County.
4      I declare under the penalty of perjury that the foregoing is true and correct.
5      DATED this 3rd day of February, 2014.

_____
John Maston O'Neal

QB\24869470.1

# Exhibit "C"

Quarles & Brady LLP
Firm State Bar No. 00443100
Renaissance One
Two North Central Avenue
Phoenix, AZ 85004-2391
TELEPHONE 602.229.5200

John Maston O'Neal (#015945)
john.oneal@quarles.com
Benjamin C. Nielsen (#029689)
benjamin.nielsen@quarles.com

Attorneys for OneWest Bank, FSB

MARICOPA COUNTY JUSTICE COURTS, STATE OF ARIZONA

NORTH VALLEY JUSTICE COURT

| | |
|---|---|
| ANTHONY PAVONE,<br><br>Plaintiff,<br><br>vs.<br><br>DEUTSCHE BANK NATIONAL TRUST CO., as Trustee of IndyMac, Residential Mortgage-Backed Trust, Series 2006-L3, Residential Mortgage-Backed Certificates, Series 2006-L3; and OneWest Bank, FSB,<br><br>Defendants. | NO. CC2013-231076<br><br>**DEFENDANT ONEWEST BANK, FSB'S NOTICE OF REMOVAL** |

PLEASE TAKE NOTICE that on February 3, 2014, Defendant OneWest Bank, FSB ("OneWest"), filed for removal of the above-captioned action to the United States District Court for the District of Arizona (the "Federal Court"), which will complete the removal of Plaintiff's action number CC2013-231076, pursuant to 28 U.S.C. § 1331, as well as 28 U.S.C. §§ 1367, 1441 and 1446. A copy of the Notice of Removal which was filed in the Federal Court (without exhibits) is attached hereto as Exhibit "1".

Therefore, OneWest, having taken all steps to effect removal of this case, this Court may proceed no further unless or until the case is remanded by Order of the United States District Court. See 28 U.S.C. § 1446(d).

OneWest further certifies that Plaintiff has been notified of this removal and served with a copy of the Notice of Removal.

QB\24868307.1

DATED this 3rd day of February, 2014.

QUARLES & BRADY LLP<br>
Renaissance One<br>
Two North Central Avenue<br>
Phoenix, AZ 85004-2391<br>
<br>
By /s/ John Maston O'Neal<br>
John Maston O'Neal<br>
Benjamin C. Nielsen<br>
<br>
*Attorneys for Defendant OneWest Bank, FSB*

## CERTIFICATE OF SERVICE

I hereby certify that on February 3, 2014, the attached document was filed with the Clerk of the North Valley Justice Court and mailed to the following:

Anthony Pavone<br>
625 W. Deer Valley Road, Suite 103-454<br>
Phoenix, AZ 85027<br>
*Plaintiff Pro Per*

Becky Patterson